AUTOMOBILE ASSOCIATION *v.* FERRY CO.; McINTOSH *v.* SNIPES.

AMERICAN AUTOMOBILE ASSOCIATION, Inc., v. EDENTON-MACKEYS FERRY COMPANY, Inc.

(Filed 18 February, 1931.)

APPEAL by plaintiff from *Harris, J.,* at December Term, 1930, of CHOWAN.

Civil action to recover on advertising contract.

From a directed verdict in favor of the defendant the plaintiff appeals, assigning errors.

*W. D. Pruden for plaintiff.*
*Privott & Privott for defendant.*

PER CURIAM. The theory of the court's instruction to the jury is that the plaintiff failed to show compliance with the terms of the contract on its part. The record discloses no reversible error.

No error.